

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

September 30, 2021

**VIA ECF**
Hon. Judge Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   <u>Pascual v. Dreamstime.com, LLC; Case No: 1:21-cv-04933-VEC</u>

Dear Judge Caproni,

    The undersigned represents Plaintiff Domingo Pascual (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for August 8, 2021, at 10:00 a.m. Defendant was served on June 15, 2021, but has yet to appear or contact Plaintiff regarding this case.

    In light of the above, the undersigned requests that the August 8th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to both obtain a Certificate of Default and present the Court with an Order to Show Cause for default judgment if Defendant fails to appear by August 8, 2021.

    Thank you for your time and consideration of the above request.

        Respectfully submitted,

        /s/ *Joseph H. Mizrahi*
        Joseph H. Mizrahi, Esq.